**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **GALDERMA LABORATORIES, L.P., GALBERMA S.A., and DERMALOGIX PARTNERS, INC.,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**AKORN, INC. and VERSAPHARM INCORPORATED,** )<br>)<br>)<br>**Defendants.** ) | Civil Action No. 3:16-CV-01012-N |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Galderma Laboratories, L.P., Galderma S.A., and Dermalogix Partners, Inc., together with Defendants Akorn, Inc. and VersaPharm Incorporated, through their respective counsel, file this Stipulation for Dismissal Without Prejudice, as follows:

1. This action and claims brought herein are dismissed without prejudice.

2. The parties agree and stipulate that this dismissal terminates the thirty-month stay of approval of Abbreviated New Drug Application No. 207218, and will jointly communicate the same to the United States Food and Drug Administration.

3. Each party shall bear its own costs and fees.

4. Notwithstanding the dismissal, the Court retains jurisdiction over this matter for the purposes of enforcing the parties' settlement agreement, should any dispute(s) arise under that agreement.

54170079.1

Respectfully submitted,

*/s/ Michael C. Wilson*
Michael C. Wilson
Texas State Bar No. 21704590
mwilson@munckwilson.com
Jamil N. Alibhai
Texas State Bar No. 00793248
jalibhai@munckwilson.com
MUNCK WILSON MANDALA, LLP
600 Banner Place
12770 Coit Road
Dallas, Texas 75251
Telephone: (972) 628-3600
Facsimile: (972) 628-3616

***Attorneys for Plaintiffs Galderma Laboratories, L.P., Galderma S.A., and Dermalogix Partners, Inc.***

*/s/ Michael D. Pegues*
Michael D. Pegues     TX # 15730600
POLSINELLI PC
2950 N. Harwood St., Suite 2100
Dallas, TX  75201
Telephone: 214-397-0030
Facsimile: 214-397-0033
mpeuges@polsinelli.com

***Attorney for Defendants Akorn, Inc. and Versapharm Incorporated***

## CERTIFICATE OF SERVICE

I certify that the above document was filed with Court's CM/ECF system and thereby copies were served on all relevant parties.

*/s/ Michael C. Wilson*
Michael C. Wilson

54170079.1